IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIAN ISAIAH JACKSON, as an individual<br><br>   Plaintiff(s),<br><br> v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP; and DOES 1 TO 10, Inclusive<br><br>   Defendant(s). | CIVIL ACTION FILE NO.<br><br>_____<br><br>**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff JULIAN ISAIAH JACKSON (hereafter as "Plaintiff") hereby files his Complaint for Damages and Demand for a Jury Trial against Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP.; (hereafter "Defendant") and DOES 1-10 inclusive (hereafter collectively as "Defendants"), and alleges as follows:

### NATURE OF THE ACTION

1. Defendant is a company that offers background check screening services, which include but are not limited to employment background checks.

1

2. On or before June 9, 2025, Plaintiff submitted applications for employment to Federal Express Corporation ("FedEx").

3. In connection with Plaintiff's applications, FedEx procured a background screening report ("Report") on Plaintiff from Defendant.

4. The Report incorrectly disclosed that Plaintiff was convicted of a first-degree murder.

5. Under the Fair Credit Reporting Act ("**FCRA**" 15 USC §1681 et seq.), Defendant was required to use reasonable procedures to ensure the *maximum possible accuracy* of the information reported and to use strict procedures to ensure reporting of *complete and up to date* public record information. Failing to report accurate and up to date information regarding criminal history is a clear violation of this statute.

6. Defendant did not have defined processes to verify the accuracy of the public records information provided or to ensure that it is complete and up to date.

7. As a direct result of Defendant's failure to comply with the FCRA, Plaintiff was denied employment with FedEx.

8. Plaintiff suffered, and continues to suffer, actual damages and emotional distress as a result of Defendant's reporting of erroneous information.

9. Accordingly, Plaintiff seeks recovery for his actual damages, including loss of earnings, emotional distress, and damage to his reputation. Moreover, Plaintiff seeks statutory penalties, punitive damages, as well as attorney's fees and costs.

### THE PARTIES

10. Plaintiff is an individual and resident of Knoxville, Tennessee.

11. Defendant is a consumer reporting agency within the meaning of the Fair Credit Reporting Act ("**FCRA**" 15 U.S. Code §1681 et seq.) 15 U.S. Code §1681a(f) and it is a routine seller of consumer reports within the meaning of 15 U.S. Code §1681a(d).

12. Defendant is headquartered in Atlanta, Georgia.

13. Plaintiff is ignorant of the Defendants sued herein as DOES 1-10, inclusive, and therefore sues those Defendants by such capacities when such information is ascertained through discovery.

14. Plaintiff is informed and believes and thereon alleges that each of the DOES 1-10 Defendants is responsible in some manner for the occurrences

3

herein alleged and that Plaintiff's damages as herein alleged were proximately caused by such occurrences.

15. Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, Defendants DOES 1-10, were principals or agents of each other and of the named Defendants and in doing the things alleged in this complaint, were acting in the scope of such agency and with the permission and consent of Defendants.

## CAUSES OF ACTION
### FIRST CAUSE OF ACTION
### [Violation of 15 USC §1681e(b)]

16. Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

17. Plaintiff is informed, and believes, and thereon alleges that Defendant failed to review the original records of the information disclosed on the Report.

18. Plaintiff is informed, and believes, and thereon alleges that Defendant also failed to sufficiently conduct audits, reviews, or quality control of the information.

19. Plaintiff is informed, and believes, and thereon alleges that Defendant knew, or should have known, that its procedures, policies, and/or practices were not sufficient to ensure maximum possible accuracy of information disclosed on the Report but nevertheless relied on them, willfully and/or recklessly violating the above-referenced sections of the FCRA.

20. Alternatively, Plaintiff alleges that Defendant's violations were negligent as Defendant did not utilize reasonable procedures to ensure the maximum possible accuracy of information on the Report.

## SECOND CAUSE OF ACTION
### [Violation of 15 U.S.C. § 1681k(a)(2)]

21. Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

22. Defendant did not provide Plaintiff with a contemporaneous notice that it was furnishing FedEx with public record information on Plaintiff.

23. Plaintiff is informed, and believes, and thereon alleges that Defendant failed to review complete and up to date records of the information disclosed on the Report.

24. Plaintiff is informed, and believes, and thereon alleges that Defendant also failed to sufficiently conduct audits, reviews, or quality control of the information it reported.

25. Defendant knew that the public record information disclosed on the Report was likely to have an adverse effect upon Plaintiff's ability to obtain employment.

26. Plaintiff is informed and believes, and thereon alleges that Defendant knew, or should have known, that its procedures, policies, and/or practices were not sufficient to ensure information disclosed on the Report would be complete and/or up to date but nevertheless relied on them, willfully and/or recklessly violating the above-referenced sections of the FCRA.

27. Alternatively, Plaintiff alleges that Defendant's violations were negligent as Defendant did not utilize strict procedures to ensure that public record information disclosed on the Report was complete and up to date.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

   a.  For a declaration that Defendants' practices violate FCRA;

b. For statutory, compensatory, special, general, and punitive damages according to proof and as applicable against all Defendants;

c. For interest upon such damages as permitted by law;

d. For an award of reasonable attorneys' fees provided by law under all applicable statutes;

e. For the costs of the lawsuit;

f. For injunctive relief as applicable; and

g. For such other orders of the Court and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby request and demand a jury trial on all issues triable by jury.

This 13th day of March 2026.

**MCRAE BERTSCHI & COLE LLC**            */s/ Charles J. Cole*
1872 Independence Square, Suite D        Charles J. Cole
Dunwoody, Georgia 30338                  Georgia Bar No. 176704
                                         cjc@mcraebertschi.com
                                         678.999.1105


**DHF LAW, P.C.**                        */s/ Devin H. Fok*
2304 Huntington Drive, Suite 210         Devin H. Fok

7

San Marino, CA 91108

California Bar No. 256599
devin@devinfoklaw.com
888.651.6411
*Pro Hac Vice Application
forthcoming*

*Counsel for Plaintiff*